No. 09–11474. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–31. BOATWRIGHT, WARDEN v. RAY. C. A. 7th Cir. Certiorari denied.

No. 10–58. ANDREWS v. HOWARD. C. A. 5th Cir. Certiorari denied.

No. 10–176. YOUNG v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–185. CORE COMMUNICATIONS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 10–189. PENNSYLVANIA PUBLIC UTILITY COMMISSION v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–212. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–216. TARANTINO v. CITY OF HORNELL, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–335. COTTIER ET AL. v. CITY OF MARTIN, SOUTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–336. GREEN v. FIDELITY INVESTMENTS. C. A. 6th Cir. Certiorari denied.

No. 10–343. PICCIOTTO ET AL. v. APPEALS COURT OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10–346. GRIFFIN v. HARDRICK. C. A. 6th Cir. Certiorari denied.

No. 10–347. GUTTMAN v. RAWLINGS-BLAKE, MAYOR, CITY OF BALTIMORE, MARYLAND, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 10–351. MALIK v. CONTINENTAL AIRLINES, INC. C. A. 5th Cir. Certiorari denied.